884

No. 304. REMMER v. UNITED STATES. C. A. 9th Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *J. Louis Monarch* and *Spurgeon Avakian* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 331. UNITED STATES v. GUY W. CAPPS, INC. C. A. 4th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *W. R. Ashburn* for respondent.

No. 366. UNITED STATES EX REL. ACCARDI v. SHAUGHNESSY, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Jack Wasserman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 352. THOMPSON v. LAWSON, DEPUTY COMMISSIONER OF THE UNITED STATES BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari granted. *Thomas M. Cooley, II,* for petitioner. *Acting Solicitor General Stern* filed a memorandum stating that the respondent Deputy Commissioner does not oppose the granting of the petition.

No. 180. ELGES v. NEVADA. Supreme Court of Nevada. Certiorari denied. *Milton W. King* for petitioner. *W. T. Mathews,* Attorney General of Nevada, *Geo. P. Annand, William N. Dunseath, John W. Barrett,* Deputy